**Electronically Filed
Supreme Court
SCWC-22-0000407
08-APR-2026
02:53 PM
Dkt. 21 ODAC**

SCWC-22-0000407

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

LISE AND JOHN BOHM KAUAI GREEN HOUSE LLC,
a Hawaii limited liability company,
Respondent/Plaintiff/Counterclaim Defendant-Appellee/
Cross-Appellant,

vs.

OCEANAIRE PROPERTIES, LLC, a Nevada limited liability company,
Petitioner/Defendant/Counterclaimant-Appellant/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000407; CASE NO. 5CCV-19-0000001)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner Oceanaire Properties, LLC's Application for Writ of Certiorari, filed on February 11, 2026, is hereby rejected.

DATED: Honolulu, Hawai'i, April 8, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Lisa W. Cataldo

